UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVEK SHAH,<br><br>                Plaintiff,<br><br>   v.<br><br>AMPLITUDE, INC., a Delaware corporation,<br><br>                Defendant. | Case No.: 2:24-cv-08155-MEMF-JPR<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY CASE IN FAVOR OF FIRST-FILED ACTION [ECF NO. 23]** |

On October 30, 2024, Plaintiff Vivek Shah ("Plaintiff") and Defendant Amplitude, Inc. ("Amplitude") filed their Joint Stipulation To Stay Case In Favor Of First-Filed Action ("Stipulation").

In the Stipulation, the Parties jointly agreed that the instant case be stayed pending final resolution of the case captioned *Atkins v. Amplitude, Inc.*, Case No. 3:24-cv-04913-RFL (N.D. Cal.), including any appeals.

The Court, having considered the Stipulation and finding good cause therefor, hereby ORDERS as follows:

1. The instant case is stayed and administratively closed pending final resolution of the case captioned *Atkins v. Amplitude, Inc.*, Case No. 3:24-cv-04913-RFL (N.D. Cal.), including any appeals.
2. Amplitude's Motion to Dismiss and Motion to Stay are withdrawn without prejudice to renewal or amended filing once the stay is lifted.
3. Within 14 days of final resolution of the *Atkins* action, the Parties shall meet and confer and submit a notice of reopening with a proposed scheduling order governing any further proceedings in this action, including any date by which Amplitude must answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

Dated: December 3, 2024

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge