# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| VIVEK SHAH,<br><br>        Plaintiff,<br><br>  v.<br><br>AMPLITUDE, INC., a Delaware corporation,<br><br>        Defendant. | Case No. 2:24-cv-08155-MEMF-JPR<br><br>**[PROPOSED] ORDER GRANTING CONTINUING PARTIES' TIME TO SUBMIT A PROPOSED CASE SCHEDULE [ECF NO. 26]**<br><br>Hon. Maame Ewusi-Mensah Frimpong |

On July 14, 2026, Defendant Amplitude, Inc. ("Amplitude") and Plaintiff Vivek Shah ("Shah") filed stipulation continuing parties time to submit a proposed case schedule.

The Parties seek to continue the time to submit a proposed scheduling order.

The Court, having considered the Parties Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1.    The deadline for the Parties to submit a proposed scheduling order shall be extended from July 14, 2026 to July 28, 2026.

**IT IS SO ORDERED.**

DATED:

_____
Hon. Maame Ewusi-Mensah Frimpong
United States District Judge