Vivek Shah
1301 N. Broadway, Ste. 32167
Los Angeles, CA 90012
(224) 246-2874
newvivekshah@gmail.com

[Additional signatories on signature page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| VIVEK SHAH,<br><br>    Plaintiff,<br><br>  v.<br><br>AMPLITUDE, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 2:24-cv-08155-MEMF-JPR<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)**<br><br>Judge: Maame Ewusi-Mensah Frimpong<br><br>Complaint: September 18, 2024 |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Vivek Shah, proceeding pro se, and Defendant Amplitude, Inc., through its undersigned counsel, hereby stipulate and agree to the dismissal of the above-entitled action with prejudice, and with each party bearing its own costs and attorneys' fees.[1]

Dated: July 24, 2026

By: /s/ Vivek Shah
    Vivek Shah
    1301 N. Broadway, Ste. 32167
    Los Angeles, CA 90012
    (224) 246-2874
    newvivekshah@gmail.com

---

[1] Amplitude joins this stipulation solely to secure the dismissal of this case. Amplitude denies the allegations and claims made against it in this case and denies any and all wrongdoing and liability of any kind with respect to any and all facts and claims alleged, and further denies that Plaintiff has suffered any damage or harm whatsoever.

Dated: July 24, 2026

LATHAM & WATKINS LLP

By: */s/ Michael H. Rubin*
    Michael H. Rubin (Bar No. 214636)
    michael.rubin@lw.com
    Melanie M. Blunschi (Bar No. 234264)
    melanie.blunschi@lw.com
    Francis J. Acott (Bar No. 331813)
    francis.acott@lw.com
    505 Montgomery St., Suite 2000
    San Francisco, CA 94111
    Telephone: +1.415.391.0600
    Facsimile: +1.415.395.8095

    Attorneys for Defendant Amplitude, Inc.

## ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Vivek Shah, the ECF user whose

identification and password are being used to file the foregoing Stipulation, attest that all other

signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and

have authorized such filing.

/s/ Vivek Shah
Vivek Shah